**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Timothy G. WAKEFIELD,**
**Defendant—Appellant.**

No. 04–30137.
D.C. No. CR–03–02075–MRH.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 25, 2004.

William Fitzgerald, Esq., Eugene, OR, for Plaintiff–Appellee.

Timothy G. Wakefield, Crescent Lake, OR, pro se.

Before KLEINFELD, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

Timothy G. Wakefield appeals the district court's order affirming his conviction for operating a motor vehicle on a Forest Development Road without a valid driver's license in violation of 36 C.F.R. § 261.54 and Forest Order No. 01–005. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Wakefield contends that the Forest Service does not have authority to create the prohibition that he violated nor to enforce it. This argument is without merit. The Forest Service regulation at issue is well within the scope of its authority. *See* 36 C.F.R. § 261.50 (stating the Forest Service supervisor may issue orders that restrict the use of described areas within its jurisdiction); *cf. United States v. True,* 946 F.2d 682, 683–84 (9th Cir.1991) (recognizing that the Forest Service Supervisor had authority to issue orders pursuant to 36 C.F.R. § 261.50).

Wakefield's August 30, 2004 motion to correct the trial transcript and to grant additional time is denied.

AFFIRMED.